1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PAUL WINFIELD,

11          Petitioner,              No. 2:12-cv-1006 KJN P

12      vs.

13   TIM V. VIRGA, Warden,           ORDER AND

14          Respondents.             FINDINGS & RECOMMENDATIONS

15   _____/

16          By an order filed April 20, 2012, petitioner was ordered to file an in forma

17   pauperis affidavit or to pay the appropriate filing fee, within thirty days, or his application would

18   be dismissed.  On May 14, 2012, petitioner's copy of the order was returned as undeliverable.

19   On May 16, 2012, the order was re-served on petitioner.  Thirty days from that re-service have

20   now passed, and petitioner has not responded to the court's order, has not filed an in forma

21   pauperis affidavit, and has not paid the appropriate filing fee.

22          In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the

23   Court is directed to assign a district judge to this case; and

24          IT IS RECOMMENDED that this action be dismissed without prejudice.

25          These findings and recommendations are submitted to the United States District

26   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

                                        1

1    days after being served with these findings and recommendations, petitioner may file written

2    objections with the court.  The document should be captioned "Objections to Magistrate Judge's

3    Findings and Recommendations."  Petitioner is advised that failure to file objections within the

4    specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

5    F.2d 1153 (9th Cir. 1991).

6    DATED:  June 27, 2012

7

8                                                    _____
                                                     KENDALL J. NEWMAN
9                                                    UNITED STATES MAGISTRATE JUDGE

10   winf1006.fpf

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26